UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTEGON GENERAL INSURANCE CORP.<br>    Plaintiff,<br><br>    v.<br><br>EDWIN RODRIGUEZ and<br>ELVIS LUNA,<br>    Defendants | No. 5:19-cv-04281 |

# **O R D E R**

**AND NOW**, this 21st day of February, 2020, upon consideration of the Motions for Default Judgment and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Integon's Motions for Default Judgment, ECF Nos. 11 and 15, are **GRANTED.**

2. Declaratory judgment is **ENTERED** in favor of Plaintiff and against Defendants: Integon General Insurance Corporation does not have a duty to defend or indemnify Edwin Rodriguez in the state court action: *Luna v. Rodriguez*, No. 2019-C-1295 (Lehigh Cty Ct. Com. Pleas).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge